UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN H. HALL,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　Defendants. | Civil Action No. 16-1471 (JEB) |

**MEMORANDUM OPINION**

On August 18, 2016, the Court issued a Minute Order acceding to *pro se* Plaintiff Steven Hall's request that all Defendants except Rosemary Dettling be dismissed without prejudice. Given the resulting posture, the Minute Order also ordered Hall to show cause why subject-matter jurisdiction still exists over any claim he has against Dettling. Hall has responded with a pleading entitled "Filing Motions Requesting That Portions of this Case is Remanded Back to MSPB and Forward Portions to DC State Court." ECF No. 8. The Court infers that he realizes there is no federal subject-matter jurisdiction and is thus electing to proceed either administratively or in District of Columbia Superior Court.

He does not need the Court's permission to pursue his case in these other fora, but the Court offers no opinion about his ability to do so. In any event, given that he does not offer any ground for jurisdiction here and at least impliedly agrees that none exists, the Court will issue a contemporaneous Order dismissing the case without prejudice.

1

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: August 25, 2016